FILED
September 22, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D32

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Kobra EFS, a Delaware limited liability company | **Case No :** | 11-35250 - C - 11 |
| | | **Date :** | 9/21/11 |
| | | **Time :** | 10:00 |
| **Matter :** | [26] - Motion/Application for Joint Administration Filed by Debtor Kobra EFS, a Delaware limited liability company (jris) | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Teresa Jackson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
   Debtor(s) Attorney - Paul A. Warner
**Respondent(s) :**
   Creditor's Attorney - Bryce Suzuki

## CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is denied.

Dated: September 22, 2011

_____
United States Bankruptcy Judge